IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-532-CV





VIVIAN SANCHEZ,



 APPELLANT


vs.





ST. JOHN'S HOSPITAL AND HEALTH CENTER, SISTERS OF CHARITY


OF THE INCARNATE WORD, INCARNATE WORD HEALTH SERVICES,


CONCHO VALLEY REGIONAL HOSPITAL AND D. ARTHUR,




 APPELLEES



 




FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT


NO. CV93-0413-B, HONORABLE DICK ALCALA, JUDGE PRESIDING



 





PER CURIAM

 Appellees' have filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 60(a)(1).

 The appeal is dismissed.


Before Justices Powers, Jones and Kidd

Dismissed on Appellees' Motion

Filed: November 10, 1993

Do Not Publish